Peter J. Anderson, Esq., Cal. Bar No. 88891
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Plaintiff
AMERICAN BEVEL, INC.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN BEVEL, INC., *etc.*, | |
| Plaintiff, | Case No. 8:16−cv−01210−AG (Ex) |
| vs. | ORDER DISMISSING ACTION |
| PLASTPRO 2000, INC., *etc.*, *et al.*, | |
| Defendants. | |

1 **ORDER**

Pursuant to the parties' Stipulation to the dismissal of this action, this action is hereby dismissed in its entirety, with prejudice and with plaintiff American Bevel, Inc., on the one hand, and defendants Plastpro 2000, Inc., and Trimlite LLC, on the other hand, to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 28, 2017

_____
The Honorable Andrew Guilford
United States District Judge

1